UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )     Case No.:
                                                    )
                                                    )     Chapter 7
                                                    )
                                                    )     Honorable Carol A. Doyle
                                                    )
                                                    )
                        Debtor(s).   )

**NOTICE OF MOTION**

To:    See Attached Service List

       PLEASE TAKE NOTICE that on

       I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in Courtroom 742, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place and shall present and request an immediate hearing on a **Motion to Dismiss For Failure to File Required Documents Under Section 521 and for Other Relief**, a copy of which is attached and served on you.

                                           /s/ *Roman L. Sukley*
                                           Roman L. Sukley, Trial Attorney
                                           OFFICE OF THE U.S. TRUSTEE
                                           219 South Dearborn Street, Room 873
                                           Chicago, IL 60604
                                           (312) 886-3324

**CERTIFICATE OF SERVICE**

       I, Roman L. Sukley, Trial Attorney, state that on
under Local Rule 9013-1(D), the above **Notice of Motion** and the appended **Motion to Dismiss For Failure to File Required Documents Under Section 521 and for Other Relief** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as identified.

                                           /s/ *Roman L. Sukley*

## SERVICE LIST

Registrants Served Through the Court's Electronic Notice for Registrants:

Parties Served via First Class Mail:

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**MOTION TO DISMISS FOR FAILURE TO FILE REQUIRED
DOCUMENTS UNDER SECTION 521 AND FOR OTHER RELIEF**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his Attorney, Roman L. Sukley, and moves this Court to limit notice to that given, dismiss the above-captioned Chapter 7 case under § 707(a) of the Bankruptcy Code and for other relief, and in support states as follows:

1. The Debtor(s) filed a petition for relief under Chapter 7 of the Bankruptcy Code on

2. Though required under § 521 of the Bankruptcy Code, the Debtor(s) failed to file the following documents:

> A timely-obtained Certificate of Credit Counseling, or a certification under § 109(h)(3), or a request for a determination by the court under § 109(h)(4)
>
> A Form B22A--Means Test
>
> Complete Schedules and a Statement of Financial Affairs

3. The U.S. Trustee believes the delay in filing is prejudicial to creditors and is cause to dismiss this case under § 707(a) of the Code. Under the circumstances of this case, the U.S. Trustee also believes notice of this motion is adequate under § 102 of the Code.

WHEREFORE, the U.S. Trustee respectfully asks the Court to limit notice of this motion to that given and dismiss this Chapter 7 case under § 707(a) of the Bankruptcy Code.

Dated: _____            By: /s/ *Roman L. Sukley*
                                                                                       Roman L. Sukley, Trial Attorney
                                                                                       OFFICE OF THE U.S. TRUSTEE
                                                                                       219 South Dearborn Street, Room 873
                                                                                       Chicago, IL 60604
                                                                                       (312) 886-3324